JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VARELA, | Case No. SACV 17-1215-PSG (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| STEVE MARTINEZ, | |
| Defendant(s). | |

Pursuant to the Memorandum and Order Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 10/13/17

HONORABLE PHILIP S. GUTIERREZ
United States District Judge